# District of Columbia
# Court of Appeals

No. 11-BG-775

IN RE KENNETH A. MARTIN,
                          Respondent.
Bar Registration No. 420600                    BDN: 370-04

BEFORE:  Fisher and Blackburne-Rigsby, Associate Judges and King, Senior
         Judge.

ORDER
(Filed October 21, 2014)

On consideration of respondent's consent motion for "Expedited Clarification of Reinstatement Conditions," and whereas the opinion suspending respondent from the practice of law did not require "proof of rehabilitation" pursuant to D.C. Bar Rule XI § 16 (d), it is

ORDERED that the motion is granted.  This court's opinion, first issued on March 28, 2013 (reported at 67 A.3d 1032) and amended February 13, 2014 (amendment reported at 91 A.3d 564), which, in its very last sentence, conditioned reinstatement "upon compliance with D.C. Bar Rule XI § 16 (d)," will be amended. Instead, the last sentence will condition reinstatement "upon compliance with D.C. Bar Rule XI § 16 (c)."

PER CURIAM.

Copies to:

Daniel S. Schumack, Esquire
3900 Jermantown Road, Suite 300
Fairfax, VA 22030-4900

No. 11-BG-775

Eric L. Yaffe, Esquire
Chair, Board on Professional Responsibility
430 E Street, N.W., Suite 138
Washington, D.C.  20001

Wallace E. Shipp, Jr., Esquire
Bar Counsel, Office of Bar Counsel
515 5th Street, N.W., Suite 117
Washington, D.C.  20001